UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 25-cv-06482-WHO

**ORDER DENYING PLAINTIFF'S AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER**

Re: Dkt. Nos. 13, 21, 24, 28

On August 22, 2025, John Doe ("Doe") filed a motion seeking a Temporary Restraining Order ("TRO") to stay his removal proceedings and hearing before the Executive Office of Immigration Review ("EOIR") set for September 24, 2025. *See* Emergency Amended Motion for Temporary Restraining Order ("Mot."), Dkt. No. 13. Defendants filed an opposition and a Motion to Dismiss on September 3, 2025. *See* Dkt. No. 21. Doe subsequently filed a reply on September 4, 2025. *See* Dkt. No. 24. I have reviewed the parties' arguments and will address them at the Motion to Dismiss hearing set for October 15, 2025. I acknowledge Doe's concerns about the pendency of his EOIR hearing, but to the extent that I have jurisdiction at the moment, I will have it on October 15, 2025. Mot. at 3. The risk of injury outlined in Doe's motion does not support granting a TRO at this time. On this record, the TRO request is **DENIED**, without prejudice.

**IT IS SO ORDERED.**

Dated: September 18, 2025

William H. Orrick
United States District Judge

United States District Court
Northern District of California